OR

Order issued July 30, 1996



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-92-00176-CR

**JAMES EDWARD SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

On November 28, 1994, appellant's retained counsel filed a motion to withdraw as counsel and an *Anders* brief asserting the appeal was frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967). The procedural safeguards of *Anders* and its progeny apply to counsel appointed to represent an indigent appellant. They do not apply to retained attorneys. *See Jeffery v. State*, 903 S.W.2d 776, 779 (Tex. App.--Dallas 1995, no pet.). Accordingly, we **STRIKE** the November 28, 1994 motion to withdraw and brief filed on appellant's behalf. Further, we **STRIKE** the State's response filed on December 28, 1994.

Appellant's retained counsel, Ross Teter, is **ORDERED** to file within ten days of the

date of this order either (i) a motion to withdraw the notice of appeal signed by counsel and appellant as required by rule 59(b) of the Texas Rules of Appellate Procedure, (ii) a motion to withdraw as counsel that complies with rule 7 of the Texas Rules of Appellate Procedure, or (iii) a brief raising meritorious grounds of error. If Ross Teter fails to file either a motion to withdraw the appeal, a motion to withdraw as counsel, or a brief raising meritorious grounds within the time allowed, this Court may order him to appear to show cause why he should not be held in contempt of court for failing to obey this order.

Ross Teter shall file the motion to withdraw the appeal, the motion to withdraw as counsel, or the brief raising meritorious grounds with the Clerk of the Court of Appeals, Fifth District of Texas, George L. Allen Sr. Courts Building, 600 Commerce Street, Dallas, Texas 75202-4658.

We **ORDER** the Clerk of this Court to send Ross Teter a copy of this order by both registered mail, restricted delivery to addressee only, return-receipt requested, and by first-class mail.

FRANCES MALONEY
JUSTICE